UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In Re:  
   RAUL MARTINEZ SANCHEZ & SHADI DUCHESNE JIMENEZ  
   26 LOMAS DEL MAR  
   VEGA ALTA, PR 00692-0069

Chapter 13  
Case No. 05-10278-ESL  
Judge:ENRIQUE LAMOUTTE  
SSN #1 XXX-XX-2402  
SSN #2 XXX-XX-8613

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Case Filed on:  
October 07, 2005

Plan Confimed on:

Case Closed on:  
November, 16, 2005

THE SUBJECT CASE HAS BEEN VOLUNTARY DISMISSAL BEFORE CONF

    Your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. Copies of these detailed records have been filed with the Court or are attached hereto, and are incorporated by reference in this report.

| CREDITOR NAME COMMENTS | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---|---|---|---|
| ABN AMRO MORTGAGE GROUP | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| ASSOCIATES FINANCE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CAPITAL ONE BANK | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITI FINANCIAL | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| CITI FINANCIAL RETAIL | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| COMPLETE OUTSOURCING SOLUTI | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| DIRECT TV | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| FIRST FEDERAL SAVINGS | PAID DIRECT | $0.00 | $0.00 | $0.00 | $0.00 |
| GEISINGER CLINIC | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| HF MORTGAGE | PAID DIRECT | $0.00 | $0.00 | $0.00 | $0.00 |
| NCO FINANCIAL SYSTEMS OF PR | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| PR TELEPHONE CO | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| PROVIDIAN VISA CARD | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |

```
RAUL MARTINEZ SANCHEZ & SHADI DUCHESNE JIMENEZ                    CASE NO.05-10278-ESL
```

| CREDITOR NAME<br>COMMENTS | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---|---|---|---|
| RAUL MARTINEZ SANCHEZ | DEBTOR REFUND | $0.00 | $0.00 | $0.00 | $0.00 |
| RESORT USA INC | PAID DIRECT | $0.00 | $0.00 | $0.00 | $0.00 |
| SALLIE MAE SERVICING CORP | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| SEARS | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |
| TEMPUS FINANCIAL SERVICES | UNSECURED | $0.00 | $0.00 | $0.00 | $0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | TOTAL |
|---|---|---|---|---|
| Amount Allowed | $0.00 | $0.00 | $0.00 | $0.00 |
| Principal Paid | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 |

Total Paid to Creditors(Principal and Interest) :  $0.00

Debtor Refunds :  $0.00

ATTORNEY FEES

Attorney for the case : RODOLFO R HNDZ RAMOS*
Total Fees Allowed :  $1,000.00
Total Paid Outside the plan :  $500.00
Total Paid in the Plan :  $0.00

COSTS OF ADMINISTRATION

Trustee was paid :  $0.00
The Clerk of the Court was paid :  $0.00


Plan Base :  $0.00
Debtor Refund :  $0.00
Adjusted Total Paid In :  $0.00

```
Total Receipts:                                                          $0.00
Total Disbursements:                                                     $0.00
```

I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED: November 18, 2005                         /s/ José R. Carrión
                                                 JOSE R. CARRION, TRUSTEE

05-10278-ESL                      CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| RODOLFO R HNDZ RAMOS*<br>PO BOX 193997<br>SAN JUAN, PR 00919-3997 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | RAUL MARTINEZ SANCHEZ<br>26 LOMAS DEL MAR<br>VEGA ALTA, PR 00692 |
| ABN AMRO MORTGAGE GROUP<br>C/O RAMOS DIAZ ACEVEDO & GONZALEZ CSP<br>359 DE DIEGO AVE SUITE 601<br>SAN JUAN, PR 00909-1711 | ASSOCIATES FINANCE<br>C/O FORTUNO & FORTUNO FAS<br>BOX 13665<br>SAN JUAN, PR 00908-3665 |
| CAPITAL ONE<br>PO BOX 85184<br>RICHMOND, VA 23285-5184 | CAPITAL ONE<br>PO BOX 85184<br>RICHMOND, VA 23285-5184 |
| CAPITAL ONE BANK<br>PO BOX 85147<br>RICHMOND, VA 23276 | CITI FINANCIAL<br>PO BOX 9018<br>DES MOINES, IA 50368-9018 |
| CITI FINANCIAL RETAIL<br>PO BOX 1466<br>BAYAMON, PR 00960-1466 | COMPLETE OUTSOURCING SOLUTIONS<br>PO BOX 95455<br>PALATINE, IL 60095-0455 |
| DIRECT TV<br>PO BOX 71413<br>SAN JUAN, PR 00936-8513 | FIRST FEDERAL SAVINGS<br>DIV DE QUIEBRA<br>BOX 9146<br>SAN JUAN, PR 00908-0146 |
| GEISINGER CLINIC<br>PO BOX 828560<br>PHILADELPHIA, PA 19182-8560 | HF MORTGAGE<br>PO BOX 71529<br>SAN JUAN, PR 00936-8629 |
| NCO FINANCIAL SYSTEMS OF PR<br>PO BOX 7696<br>PHILADELPHIA, PA 19101-7696 | PR TELEPHONE CO<br>PO BOX 71401<br>SAN JUAN, PR 00936-8501 |
| PROVIDIAN VISA CARD<br>PO BOX 9539<br>MANCHESTER, NH 03108-9536 | RAUL MARTINEZ SANCHEZ<br>26 LOMAS DEL MAR<br>VEGA ALTA, PR 00692 |

| | |
|---|---|
| RESORT USA INC<br>PO BOX 7879<br>PLAULA, PA  19101-7879 | SALLIE MAE SERVICING CORP<br>220 LASLEY AVE<br>WILKES BARRE, PA  18706 |
| SEARS<br>PO BOX 70148<br>SAN JUAN, PR  00936-9743 | TEMPUS FINANCIAL SERVICES<br>PO BOX 30041<br>TAMPA, FL  33630-3041 |

DATED:  November 18, 2005                    DAMARIS ENCARNACION
                                             ───────────────────────────────
                                             OFFICE OF THE CHAPTER 13 TRUSTEE