TO: UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

**341 MEETING MINUTES AND TRUSTEE'S RECOMMENDATION FOR CONFIRMATION**

DEBTOR NAME: RAUL MARTINEZ SANCHEZ
SHADI DUCHESNE JIMENEZ

CASE NO. 05-10278-ESL

TAPE NO. _____ TIME: _____

1) DEBTOR(S):
   __ PRESENT   ✓ NOT PRESENT

ATTY: RODOLFO R HNDZ RAMOS*
   R2016 STM. $1,000.00

2) DEBTOR(S) EXAMINED UNDER OATH:
   __ YES   ✓ NO

6) PLAN DATED:
   BASE $0.00
   __ HAS BEEN FILED
   ✓ HAS NOT BEEN FILED

3) DEBTOR'S ATTORNEY:
   __ PRESENT
   ✓ NOT PRESENT

7) MEETING: __ CLOSED
   __ CONTINUED TO: _____
   ✓ NOT HELD

4) COMPLETED SCHEDULE:
   __ FILED   ✓ NOT FILED

5) CREDITORS:
   __ NOT PRESENT
   ✓ PRESENT
   _____ (illegible signature)

8) FIRST PAYMENT DUE: November 07, 2005
   __ TENDERED AT 341 MEETING
   __ EVIDENCE SHOWN

9) DEBTOR ATTORNEY R2016(b) STATEMENT
   ✓ HAS BEEN FILED
   __ HAS NOT BEEN FILED

10) LIQUIDATION VALUE $ TBD

===================================================================

TRUSTEE'S RECOMMENDATION FOR CONFIRMATION
CONF. DATE _____   TIME _____

[ ] FAVORABLE AT 341   [ ] CONTINUED   [✓] UNFAVORABLE

[ ] FEASIBILITY 11 USC SEC 1325(A)(6)
[ ] UNFAIR DISCRIMINATION SEC 1322(b)
[ ] FAILS DISPOSIBLE INCOME TEST
[ ] INSUFFICIENTLY FUNDED SEC 1325(b)
[ ] FAIL CREDITOR'S BEST INTEREST TEST SEC 1325(a)(4)
[ ] AMENDED PLAN, [ ] AMENDED SCHEDULES _____
[ ] NEED TO PROVIDE: [ ] INSURANCE OR [ ] AMOUNT OF PREMIUM
[ ] CHANGE [ ] STATE / [ ] ADDRESS [ ] SOCIAL SECURITY _____
[ ] BUSINESS: [ ] MONTHLY REPORTS _____

**MOTION TO DISMISS (MTD):**
[ ] 10 DAYS IF NO PAYMENT   [ ] NO SHOW   [ ] NO PAYMENTS

COMMENTS: ORDER DISMISSING CASE (DOCKET 12)

_____ Rafael Escalante signed by _____ November 16, 2005
TRUSTEE OR PRESIDING OFFICER                    DATE